JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARDO DIAZ, | ) | Case No. EDCV 10-529-OP |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion.


DATED: December 20, 2010

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge